**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEKEEM GIBBS,

                Plaintiff,                20 **CIVIL** 6225 (NSR)(JCM)

    -v-                        **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2023, the Court has REVERSED Judge McCarthy's R&R, DENIED the Commissioner's cross-motion, and has GRANTED the Plaintiff's motion. This case is REMANDED back to the Commissioner for further proceedings.

**Dated:**  New York, New York
          January 3, 2023

                                          **RUBY J. KRAJICK**

                                          _____
                                          **Clerk of Court**

                      **BY:**     K. Mango
                                          _____
                                          **Deputy Clerk**